**Douglas Borthwick, Esq.**
**State Bar Number: 176372**
17221 E. 17th St., Suite H
Santa Ana, CA 92705
Telephone: [714] 486-2160
Facsimile: [714] 486-2153
E-mail: douglas_borthwicklaw@yahoo.com
**Attorney for plaintiff**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN PAUL GONZALES,**<br><br>Plaintiff,<br><br>vs.<br><br>**OLIVE TREE RESTAURANT et al.,,**<br><br>Defendants | Case No.: 8:17-cv-00153-JLS-AGR<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL AND DISMISSING THE CASE** |

**WHEREAS** joint stipulation for dismissal has been signed by counsel and has been filed on 9-21-2017, this action is **ordered** dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees

**Date:** ___September 25, 2017___

_JOSEPHINE L. STATON_
**JUDGE OF U.S. DISTRICT COURT**

ORDER ON JOINT STIPULATION OF DISMISSAL

1